**LORA D. HEMPHILL (SBN 214654)**
 LHemphill@hdlaw.com
**BRUCE W. WAGNER (SBN 73038)**
 bwagner@hdlaw.com
**HAGER & DOWLING**
**Professional Corporation**
**319 East Carrillo Street**
**Santa Barbara, California 93101**
**(805) 966-4700  Fax: (805) 966-4120**
mail@hdlaw.com

JS-6

Attorneys for Defendants City of Oxnard, Manuel Ochoa, Chuck Bothwell and Bob's Towing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Roland Leroy Reese-Bey- a natural person; Romanah Holmes-Bey- a natural person,**<br><br>                Plaintiffs,<br><br>       v.<br><br>**Manuel Ochoa- a natural person; Lorenzo Doe- a natural person; Chuck Doe- a natural person; City of Oxnard- a municipality; Bob's Towing Co.- City of Oxnard agent,**<br><br>                Defendants. | CASE No. CV 20-06693-JAK (DFM)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Filed Concurrently with Joint Stipulation of Dismissal with Prejudice*<br><br>Trial Date:       None |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of Court is directed to close this case.

DATED:  August 29, 2022

_____
Douglas F. McCormick
United States Magistrate Judge